IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| KTD CORP. and DYMIN SYSTEMS, INC. D/B/A THE WIRELESS GUYS, <br><br> Plaintiffs, <br><br> v. <br><br> NEXTEL PARTNERS, INC., NPCR, INC. and DOUGLAS JAMES, <br><br> Defendants. | Case No. 4:06-CV-424 <br><br><br> DISMISSAL WITH PREJUDICE |

COME NOW Plaintiffs KTD Corp. and Dymin Systems, inc. d/b/a The Wireless Guys and voluntarily dismiss their claims with prejudice.

By: _/s/ Steven P. Brick_
Steven P. Brick
Brick Gentry Bowers Swartz
Stoltze & Levis, P.C.
6701 Westown Parkway, Suite 100
West Des Moines, IA 50266

Christopher Spaulding
Berg Rouse Spaulding & Schmidt, P.L.C.
2423 Ingersoll Avenue
Des Moines, IA 50312

Copies to:

Michael R. Reck
William B. Ortman
Belin Lamson McCormick Zumbach
 Flynn, A Professional Corporation
The Financial Center
666 Walnut Street Suite 2000
Des Moines, IA. 50309-3989

**CERTIFICATE OF SERVICE**
The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on August 26, 2008.
By: ☐ U.S. Mail  ☐ FAX
    ☐ Hand Delivered  ☐ Overnight Courier
    ☐ Certified Mail  ☒ Other: EMAIL
Signature: _/s/_

d:\n0320\07\pld-dismissal-wbo.doc